OPHIR J. BITTON (Bar No. 204310)
Bitton & Associates
7220 Melrose Avenue, 2nd Floor
Los Angeles, CA 90046
Telephone: (310) 356-1006
Facsimile: (818) 524-1224
ophir@bittonlaw.com

Attorneys for Plaintiff, YESENIA GONZALEZ

Julia Azrael (Bar No. 109049)
Katherine L. Curtis (Bar No. 222572)
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone: (818) 766-5177
Facsimile: (818) 766-5047
jazrael@azraellaw.net

Attorneys for Defendants, MACY'S, INC., and MACY'S WEST STORES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA GONZALEZ, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MACY'S INC., a Delaware corporation; MACY'S WEST STORES, INC., d.b.a. MACY'S, an Ohio corporation; and DOES 1 THROUGH 50, inclusive,<br><br>  Defendants. | CASE NO. 2:16-CV-03267-DSF-FFM<br>Case Assigned to the Honorable Dale S. Fischer – Ctrm. 7D<br>[Complaint Filed: January 28, 2016]<br><br>**THE PARTIES' JOINT STATUS UPDATE**<br><br>Discovery Cutoff:   Not Set<br>Motion Cutoff:     Not Set<br>Trial Date:        Not Set |

Pursuant to this Court's August 30, 2016, Order (Doc. #19), the parties hereby submit this report regarding the status of arbitration. By way of a consent motion, this matter was ordered to arbitration on August 3, 2016. Defendants submitted the

arbitration initiation paperwork to counsel for Plaintiff.  Plaintiff filed her arbitration demand with the American Arbitration Association on December 27, 2016.

The parties have begun the arbitrator strike process in order to select an arbitrator.  The arbitration date will be selected upon completion of the strike process and arbitrator selection.  At present, no discovery has been exchanged.

The parties have engaged in informal settlement negotiation and are considering early mediation of the matter.

The next report in this matter will be due June 19, 2017.

Dated:  April 4, 2017                    By:    */s/ Ophir Bitton*_____
                                                    OPHIR S. BITTON
                                                    Attorneys for Plaintiff
                                                    YESENIA GONZALEZ

Dated:  April 4, 2017                    By:    */s/ Katherine L. Curtis*_____
                                                    JULIA AZRAEL
                                                    KATHERINE L. CURTIS
                                                    Attorneys for Defendants,
                                                    MACY'S, INC., and MACY'S WEST STORES, INC.