OPHIR J. BITTON (Bar No. 204310)
Bitton & Associates
7220 Melrose Avenue, 2nd Floor
Los Angeles, CA 90046
Telephone: (310) 356-1006
Facsimile: (818) 524-1224
ophir@bittonlaw.com

Attorneys for Plaintiff, YESENIA GONZALEZ

Julia Azrael (Bar No. 109049)
Katherine L. Curtis (Bar No. 222572)
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone: (818) 766-5177
Facsimile: (818) 766-5047
jazrael@azraellaw.net

Attorneys for Defendants, MACY'S, INC., and MACY'S WEST STORES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA GONZALEZ, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>MACY'S INC., a Delaware corporation; MACY'S WEST STORES, INC., d.b.a. MACY'S, an Ohio corporation; and DOES 1 THROUGH 50, inclusive,<br><br>   Defendants. | CASE NO. 2:16-CV-03267-DSF-FFM<br><br>Case Assigned to the Honorable Dale S. Fischer – Ctrm. 7D<br><br>[Complaint Filed: January 28, 2016]<br><br>**THE PARTIES' JOINT STATUS REPORT**<br><br>Discovery Cutoff:   Not Set<br>Motion Cutoff:   Not Set<br>Trial Date:   Not Set<br><br>Arbitration: February 20-23, 2018 |

Pursuant to this Court's August 30, 2016, Order (Doc. #19), the parties hereby submit this status report regarding arbitration.

The parties have reached a settlement in the Arbitration case and are in the process of finalizing that settlement.

The Arbitration originally scheduled for February 20 through 23, 2018 has been removed from calendar pending the settlement. The parties expect to finalize settlement by the end of January 2018.

The next status report is due April 9, 2018.

Dated:  January 8, 2018     By:   */s/ Ophir Bitton*_____
                                  OPHIR S. BITTON
                                  Attorneys for Plaintiff
                                  YESENIA GONZALEZ


Dated:  January 8, 2018     By:   /s/ *Katherine L. Curtis*_____
                                  JULIA AZRAEL
                                  KATHERINE L. CURTIS
                                  Attorneys for Defendants,
                                  MACY'S, INC., and MACY'S WEST STORES, INC.